IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEAN STEWART**, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**MONITRONICS INTERNATIONAL, INC.,**<br><br>*Defendant.* | Case No.: 2:19 Civ. 03585-SFJ-AKT |

NOTICE OF SUGGESTION OF PENDENCY OF
BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on June 30, 2019, Monitronics International, Inc., Security Networks LLC, MIBU Servicer Inc., LiveWatch Security, LLC, Platinum Security Solutions, Inc., Monitronics Canada, Inc., MI Servicer LP, LLC, Monitronics Security LP, and Monitronics Funding LP (collectively, the "**Debtors**") commenced bankruptcy cases in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases are now pending before The Honorable David R. Jones, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Monitronics International, Inc., et al.*, Case No. 19-33650 (DRJ).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of

"the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…." 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases, available electronically at https://ecf.txsb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/Monitronics or by contacting counsel for the Debtors: (a) Hunton Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, TX 77002 (Attn: Timothy A. ("Tad") Davidson II, Esq. and Ashley L. Harper, Esq.) and (b) Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: David A. Hammerman, Esq. and Annemarie V. Reilly, Esq.).

| | |
|---|---|
| Dated: July 12, 2019<br>    New York, New York | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Christopher Harris<br>Christopher Harris<br>David A. Hammerman<br>Annemarie V. Reilly<br>885 Third Avenue<br>New York, NY 10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br>Email: christopher.harris@lw.com<br>david.hammerman.com<br>annemarie.reilly@lw.com<br><br>*Attorneys for Monitronics International, Inc.* |